IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | *  Criminal No. TDC 19-0088 |
| AMBROSE AUGUSTUS DOYE, | * |
| Defendant. | * |

\* \* \*

## JOINT STATUS REPORT

COMES NOW, Ambrose Augustus Doye, by and through undersigned counsel, and having consulted with the United States of America files this joint status report regarding the sentencing hearing currently scheduled for June 22, 2020 at 11:30 am. The parties state the following and request the hearing be held via video teleconference rather than appear in person in court:

1.  The parties believe the sentencing hearing meets the standard set forth in the Coronavirus Aid, Relief, and Economic Security Act of 2020, Pub. L. No. 116-136 § 15002(b)(2) because the hearing cannot be conducted in person without seriously jeopardizing public health and safety. The parties request this Court find that this specific reasons exist that the sentencing should not be delayed without serious harm to the interests of justice.

2.  The parties believe in-court proceedings continue to pose an unreasonable risk to public health and safety. As noted in previous filings, Mr. Doye is housed at Central Detention Facility also known as DC Jail. This location, along with its second facility, has struggled with the spread of COVID-19. The DC government currently reports 207 inmates tested positive for the virus; one inmate died from the virus; 86 staff

tested positive; and one staff member has died.  https//coronavirus.dc.gov/page/public-safety-agency-Covid-19-case-data (last visited June 15, 2020).  Mr. Doye suffers from asthma and that it is the defendant's position that this and other risk factors make him particularly vulnerable to COVID-19 should he contract the virus.  The government agrees that it is unnecessary to increase the defendant's risk of COVID exposure with an in-person sentencing.

3. Mr. Doye expects approximately five family members and/or friends to participate at his sentencing hearing.  The total number of participants if this were an in court proceeding would involve Mr. Doye, two attorneys (one of whom has risk factors identified by the CDC), court personnel, two United States Marshals, at least five civilians, and one government agent.  The parties believe that may be too many in number in the courtroom to ensure social distancing as recommended by the CDC, and would seriously jeopardize public health and safety.

4. The plea agreement is offered pursuant to Rule 11(c)(1)(C) with the period of incarceration no more than 120 months and no less than 96 months.  Mr. Doye would not normally agree that his sentencing should be done via videoconference.  Because of the specific health risks and the limited range in which the Court must consider the appropriate term of incarceration, he has advised undersigned counsel that he consents to the video sentencing hearing.

5. The sentencing hearing should not be delayed.  It is in the interest of justice to proceed so that Mr. Doye may be designated to a facility within the Bureau of Prisons (BOP) that poses less threat to his health due to the prevelance of COVID-19.  Mr. Doye has been continuously incarcerated since June 7, 2019.  Prior to the pandemic,

there were very few programs at the DC Jail. All programs have been suspended now at the DC Jail and the BOP, but Mr. Doye will have access in the future to more programs and health treatment at the BOP. For this reason as well, it is in the interest of justice to proceed so that Mr. Doye can receive medical treatment and rehabilitation as soon as possible.

                                                    Respectfully submitted,

                                                    *Teresa Whalen*
                                                    _____
                                                    Teresa Whalen, Esquire
                                                    Federal Bar No.: 25245
                                                    801 Wayne Avenue, Suite 400
                                                    Silver Spring, Maryland 20910
                                                    (301) 588-1980; (301) 728-2905